JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

12 | TERRIE PRITCHETT,

13 |       Plaintiff,

14 |

15 |            v.

16 | SLAUSON GAS STATION, LLC,

17 |

18 |       Defendant.

CV 20-07915-DSF (SKx)

**JUDGMENT**

19
20
21
22
23
24
25
26
27
28

1

2

3

The Court having granted Plaintiff's Motion for Summary Judgment and

Motion for Attorneys' Fees and Costs, it is ORDERED and ADJUDGED:

4

5

6

7

      1.    Defendant Slauson Gas Station, LLC, a California limited liability

company, shall, within 120 days after the date on which this judgment is entered,

comply with the following requirements:

8

9

10

11

12

13

14

15

      a.  Defendant shall provide accessible parking at the "Sinclair Gas

Station," (the "Business") located at 4661 W. Slauson Avenue,

Los Angeles, CA 90043 (the "Property") in compliance with the

2010 and 1991 Americans with Disabilities Act Accessibility

Guidelines ("ADAAG"), and 2019 California Building Code

("CBC").

16

17

18

19

20

      b.  Defendant shall provide compliant signage regarding accessible

parking at the Property in accordance with the 2010 and 1991

ADAAG, and 2019 CBC.

21

22

23

24

25

      c.  Defendant shall provide an accessible path of travel connecting

the designated disabled parking space, air/water machine, and the

public way to the business entrance on the Property in compliance

with the 2010 and 1991 ADAAG, and 2019 CBC.

26

27

28

d.  Defendant shall provide compliant signage at the business entrance at the Property in compliance with the 2010 and 1991 ADAAG, and 2019 CBC.

2.      Judgment is entered for Plaintiff, and against Defendant in the amount of $8,000 for statutory damages under the Unruh Act.

3.      Plaintiff is awarded $15,127.80 for attorneys' fees and $2,050.10 for costs.


DATED:  January 10, 2022

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE