# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE PRITCHETT, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SLAUSON GAS STATION LLC, a California limited liability company; SINCLAIR, a business of unknown form; LOWEST GAS PRICES, a business of unknown form; ARCO, a business of unknown form; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07915-AFM-SK<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　August 28, 2020<br>Trial Date:　　Not on Calendar |

1

1     Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Terrie Pritchett's action against Defendant Slauson Gas Station LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: August 3, 2022

    Hon. Dale S. Fischer
United States District Judge